**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-6442**

UNITED STATES OF AMERICA,

             Plaintiff - Appellee,

        v.

AMANDA DEESE,

             Defendant - Appellant.

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.  Rebecca Beach Smith, Chief
District Judge.  (2:12-cr-00110-RBS-LRL-1)

Submitted: July 24, 2014                Decided: July 28, 2014

Before FLOYD and THACKER, Circuit Judges, and DAVIS, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Amanda Deese, Appellant Pro Se.  Alan Mark Salsbury, Assistant
United States Attorney, Norfolk, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Amanda Deese appeals the district court's order denying her motion to correct her sentence to reduce the amount of restitution she owes and to reduce her Guidelines offense level. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Deese, No. 2:12-cr-00110-RBS-LRL-1 (E.D. Va. Mar. 7, 2014). We grant Deese's motion to proceed in forma pauperis on appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED